PHILLIP A. TALBERT
United States Attorney
HEIKO P. COPPOLA
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES MECHAM,<br>KURT STOCKS, and<br>HEIDI EDWARDS,<br><br>Defendants. | 2:22-CR-00161-JAM<br><br>BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY |

The United States of America, by and through Phillip A. Talbert, United States Attorney for the Eastern District California, and Kevin C. Khasigian, Assistant U.S. Attorney, hereby files the following Bill of Particulars for Forfeiture of Property.

The Indictment seeks forfeiture of property pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 982(a)(1) and 28 U.S.C. § 2461(c). The United States hereby gives notice that upon the conviction of JAMES MECHAM and KURT STOCKS, it will also seek forfeiture of the following property pursuant to the forfeiture provisions contained in the Indictment, including, but not limited to:

      a.    Real property located at 2489 Highland Hills Drive, El Dorado Hills, California, El Dorado County, APN: 126-190-027-000,

      b.    Real property located at 9022 N Timphaven Road, Sundance, Utah, Utah County, APN: 53-028-0010,

  c. Real property located at 8600 E Jasper Street, Gold Canyon, Arizona, Pinal County, APN: 104-95-006,

  d. Real property located at 309 S Pioneer Street and 313 S Pioneer Street, Mesa, Arizona, Maricopa County, APN: 138-30-064J, and

  e. Real property located at 6282 El Dorado Street, El Dorado Hills, California, El Dorado County, APN: 331-191-065-000.

Dated: 8/10/2022

PHILLIP A. TALBERT
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney