THOMAS A. JOHNSON, SBN 119203
MONICA A. QUINLAN, SBN 325465
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, CA 95814
Telephone (916) 442-4022
Attorneys for James Mecham

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA,   )<br>                                                                   )<br>            Plaintiff,                                      )<br>                                                                   )<br>      vs.                                                       )<br>                                                                   )<br>                                                                   )<br>                                                                   )<br>JAMES MECHAM, et al.                          )<br>                                                                   )<br>            Defendants.                                )<br>_____) | Case No. 2:22-cr-00161-JAM<br><br>REQUEST AND ORDER TO TEMPORARILY RELEASE PASSPORT TO DEFENDANT<br><br>Date: October 5, 2022<br>Time: 2:00 pm<br>Courtroom: |

   Defendant James Mecham requests that the Clerk of the District Court temporarily release James Mecham's passport to him and his attorneys, Thomas A. Johnson and Monica A. Quinlan, until October 18th, 2022. Mr. Mecham has an immediate need for the passport because he and his wife have a planned vacation to Croatia. This order would require Mr. Mecham to return his passport to Pretrial Services by October 18th, 2022. The United States is objecting to this request.

   Respectfully submitted,

Dated: October 3, 2022                              /s/ Thomas A. Johnson
                                                                 THOMAS A. JOHNSON
                                                                 Attorney for James Mecham

Dated: October 3, 2022                              /s/ Monica A. Quinlan
                                                                 MONICA A. QUINLAN
                                                                 Attorney for James Mecham

THOMAS A. JOHNSON, SBN 119203
MONICA A. QUINLAN, SBN 325465
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, CA 95814
Telephone (916) 442-4022
Attorneys for James Mecham

**SUPERIOR COURT OF CALIFORNIA**

**IN AND FOR THE COUNTY OF SAN JOAQUIN**

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> JAMES MECHAM, et al. ) <br> ) <br> Defendants. ) <br> _____) | Case No. 2:22-cr-00161-JAM <br><br> ORDER TO TEMPORARILY RELEASE PASSPORT TO DEFENDANT |

## **ORDER**

The Clerk of the Court is ordered to temporarily return Mr. Mecham's passport to him. Mr. Mecham may use the passport for the purpose of this specific trip only, and he is ordered to return the passport to the Clerk by October 18th, 2022.

IT IS SO ORDERED.

DATED: _____

_____
_____
Chief United States Magistrate Judge Kendall J. Newman
United States District Court
Eastern District of California

2