THOMAS A. JOHNSON, #119203
MONICA A. QUINLAN, #325465
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:22-cr-00161-JAM |
| Plaintiff, | WITHDRAWAL OF REQUEST FOR TEMPORARY RETURN OF PASSPORT |
| vs. | |
| JAMES MECHAM, | |
| Defendant. | |

## **WITHDRAWAL OF REQUEST FOR TEMPORARY RETURN OF PASSPORT**

James Mecham, defendant, by and through his attorneys, Thomas A. Johnson and Monica A. Quinlan, hereby withdraws his request for the temporary return of his passport.

DATED: October 6, 2022

Respectfully submitted,

/s/ Thomas A. Johnson
THOMAS A. JOHNSON
Attorney for JAMES MECHAM

/s/ Monica A. Quinlan
MONICA A. QUINLAN
Attorney for JAMES MECHAM