PHILLIP A. TALBERT
United States Attorney
HEIKO P. COPPOLA
KEVIN C. KHASIGIAN
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:22-cr-00161-JAM-1 |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO SET BRIEFING SCHEDULE AND RESET HEARING DATE ON DEFENDANT MECHAM'S MOTION TO EXPUNGE** |
| v. | |
| JAMES MECHAM, | DATE: May 16, 2023 |
| Defendant. | TIME: 9 a.m. |
| | COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On April 28, 2023, Defendant Mecham filed a motion to expunge lis pendens in the above-entitled case. The motion was set for hearing on May 16, 2023.

2. By this stipulation, the United States and Defendant Mecham agree and stipulate to continue the hearing on the motion to expunge to June 6, 2023, at 9:00 am.

3. The parties agree and stipulate, and request that the Court set the following briefing schedule for the motion to expunge:

    a) The United States to file its opposition no later than May 26, 2023, and Defendant Mecham to file any reply no later than June 2, 2023.

WHEREFORE, based on the foregoing, the United States and Defendant hereby stipulate that the hearing on the motion to expunge be scheduled on June 6, 2023, the Government to file its response by May 26, 20223, and Defendant to file any response by June 2, 2023.

IT IS SO STIPULATED.

Dated: May 1, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ HEIKO P. COPPOLA
HEIKO P. COPPOLA
Assistant United States Attorney

Dated: May 1, 2023

/s/ THOMAS A. JOHNSON
THOMAS A. JOHNSON
Counsel for Defendant
JAMES MECHAM

(Authorized by phone)

### ORDER RE STIPULATION

The hearing on the motion to expunge is **CONTINUED** to **June 13, 2023, at 9:00 a.m.**, in person, in Courtroom 6, before Senior District Judge John A. Mendez. The United States to file its opposition no later than **May 26, 2023**, and Defendant Mecham to file any reply no later than **June 2, 2023**.

IT IS SO ORDERED.

Dated: May 04, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE