PHILLIP A. TALBERT
United States Attorney
HEIKO P. COPPOLA
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:22-CR-00161-JAM |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF RECORDING OF LIS PENDENS |
| JAMES MECHAM, KURT STOCKS, and HEIDI EDWARDS, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN, that on August 10, 2022, the United States recorded a Lis Pendens with the El Dorado County Recorder as Document Number 2022-0033223, for real property located in El Dorado County at 2489 Highland Hills Drive, El Dorado Hills, California, APN: 126-190-027-000. A copy of the recorded lis pendens is attached hereto as Exhibit A.

Dated: 5/5/2023

PHILLIP A. TALBERT
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U. S. Attorney

## CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that he is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers.

That on 5/5/2023, she served a copy of the **Notice of Recording of Lis Pendens** by placing said copy in a postpaid envelope addressed via certified mail to the persons hereinafter named, at the places and addresses stated below, which are the last known addresses, and by depositing said envelope and contents in the United States Mail at Sacramento, California.

Addressee(s):

Phoenician Holdings, LP
c/o Magenta Corporate Services, Inc.
101 S. Rainbow Blvd., Ste 13
Las Vegas, NV 89145

Jenny Mecham
2489 Highland Hills Drive
El Dorado Hills, CA 95762

Solarcity Finance Company, LLC
3500 Deer Creek Road
Palo Alto, CA 94304

*Tammy Teglia*

# EXHIBIT A

| | |
|---|---|
| **Recording Requested by**<br>**Simplifile on behalf of:**<br>UNITED STATES | Electronically Recorded in Official Records<br>County of El Dorado<br>Janelle K. Horne<br>Recorder-Clerk<br>**DOC# 2022-0033223**<br>08/10/2022  12:58 PM  GL |

Titles: 1   Pages: 4

| | |
|---|---|
| Fees | $25.00 |
| Taxes | $0.00 |
| CA SB2 Fee | $0.00 |
| Total | $25.00 |

**Original prepared by:**

| | |
|---|---|
| NAME: | United States Attorney's Office<br>Attn:  Asset Forfeiture Unit |
| ADDRESS<br>CITY, STATE, ZIP | 501 I Street, Suite 10-100<br>Sacramento, California 95814<br>(916) 554-2768 |

## LIS PENDENS - NOTICE OF PENDING ACTION

☐ Exempt from fees per Government Code Sections 6103 and 27383

☑ Exempt from SB2 fees per Government Code Section 27388.1(a)(2)(D)

1  PHILLIP A. TALBERT
   United States Attorney
2  HEIKO P. COPPOLA
   KEVIN C. KHASIGIAN
3  Assistant U. S. Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA  95814
   Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>JAMES MECHAM,<br>KURT STOCKS, and<br>HEIDI EDWARDS,<br><br>            Defendants. | 2:22-CR-00161-JAM<br><br>LIS PENDENS<br>NOTICE OF PENDING ACTION<br>[C.C.P. § 405]<br><br>Recorded Owner: Phoenician Holdings, LP, a Nevada limited partnership |

NOTICE IS HEREBY GIVEN, pursuant to Section 405 of the California Code of Civil Procedure, that the above-entitled action concerns and affects the following real property located at 2489 Highland Hills Drive, El Dorado Hills, California, El Dorado County, **APN: 126-190-027-000**, and more fully described as:

> All that certain real property situated in the State of California, County of El Dorado, unincorporated area, described as follows:
>
> LOT 66, AS SHOWN ON THE OFFICIAL MAP OF HIGHLAND VILLAGE UNITS 1 AND 2, FILED IN THE OFFICE OF THE COUNTY RECORDER OF EL DORADO COUNTY, STATE OF CALIFORNIA, ON SEPTEMBER 13, 1984, IN MAP BOOK G, PAGE 18.
>
> EXCEPTING THEREFROM AN UNDIVIDED ONE-HALF INTEREST IN AND TO ALL OIL, GAS, HYDROCARBONS, THERMAL ENERGY AND OTHER MINERALS LYING AT A DEPTH BELOW 500 FEET FROM THE SURFACE OF SAID LAND, WITH THE RIGHT OF ENTRY BELOW A DEPTH OF 500 FEET, AS RESERVED IN THE DEED FROM JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY, A

MASSACHUSETTS CORPORATION TO VILLAGE VENTURE, A CALIFORNIA PARTNERSHIP, RECORDED MAY 1, 1981 IN BOOK 1975, PAGE 40, AND RECORDED MARCH 31, 1982 IN BOOK 2063, PAGE 491, OFFICIAL RECORDS.

Said action was commenced on July 28, 2022, and a Bill of Particulars was filed on August 10, 2022, in the above-named court by the United States of America, plaintiff, against **James Mecham**. Said action is now pending in the above-named court.

The object of plaintiff's action is the criminal prosecution of James Mecham, and the criminal forfeiture of the above-referenced real property to the United States pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 982(a)(1), and 28 U.S.C. § 2461(c). Phoenician Holdings, LP, a Nevada limited partnership, is the recorded owner of the above-referenced real property.

If the plaintiff's action is successful, title to the subject real property will vest in the United States pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 982(a)(1), and 28 U.S.C. § 2461(c).

Dated: 8/10/2022

PHILLIP A. TALBERT
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

**ACKNOWLEDGMENT**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California      )
                         )
County of Sacramento     )

On 8/10/2022, before me, Tammy Teglia, Notary Public, personally appeared Kevin C. Khasigian, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature Tammy Teglia

TAMMY TEGLIA
Notary Public - California
Sacramento County
Commission # 2266203
My Comm. Expires Dec 5, 2022

2

## CERTIFICATE OF SERVICE BY CERTIFIED MAIL

The undersigned hereby certifies that he is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers.

That on **8/10/2022**, she served a copy of the **Lis Pendens Notice of Pending Action** by placing said copy in a postpaid envelope addressed via certified mail to the persons hereinafter named, at the places and addresses stated below, which are the last known addresses, and by depositing said envelope and contents in the United States Mail at Sacramento, California.

Addressee(s):

James Mecham
c/o Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, CA 95814

Phoenician Holdings, LP
c/o Magenta Corporate Services, Inc.
101 S. Rainbow Blvd., Ste 13
Las Vegas, NV 89145

James Mecham
Jenny Mecham
2489 Highland Hills Drive
El Dorado Hills, CA 95762

Solarcity Finance Company, LLC
3055 Clearview Way
San Mateo, CA 94402

*Jammy Jegeia*