PHILLIP A. TALBERT
United States Attorney
HEIKO P. COPPOLA
KEVIN C. KHASIGIAN
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:22-cr-00161-JAM-1 |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO SET BRIEFING SCHEDULE AND RESET HEARING DATE ON DEFENDANT MECHAM'S MOTION TO EXPUNGE** |
| v. | |
| JAMES MECHAM, | DATE: June 13, 2023 |
| Defendant. | TIME: 9 a.m. |
| | COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On April 28, 2023, Defendant Mecham filed a motion to expunge lis pendens in the above-entitled case. The parties thereafter filed a stipulation setting the motion hearing for June 13, 2023.

2. By this stipulation, the United States and Defendant Mecham agree and stipulate to continue the hearing on the motion to expunge to July 25, 2023 at 9:00 a.m.

3. The parties agree and stipulate, and request that the Court set the following briefing schedule for the motion to expunge:

    a. The United States to file its opposition no later than July 7, 2023, and Defendant Mecham to file any reply no later than July 14, 2023.

STIPULATION AND ORDER      1

WHEREFORE, based on the foregoing, the United States and Defendant hereby stipulate that the hearing on the motion to expunge be scheduled on July 25, 2023, the Government to file its response by July 7, 2023, and Defendant to file any reply by July 14, 2023.

IT IS SO STIPULATED.

Dated: May 23, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ HEIKO P. COPPOLA
HEIKO P. COPPOLA
Assistant United States Attorney

Dated: May 23, 2023

/s/ THOMAS A. JOHNSON
THOMAS A. JOHNSON
Counsel for Defendant
JAMES MECHAM

(Signature authorized by phone)

### ORDER RE STIPULATION

The hearing on the motion to expunge is **CONTINUED** to **July 25, 2023, at 9:00 a.m.**, in person, in Courtroom 6, before Senior District Judge John A. Mendez.  The United States to file its opposition no later than **July 7, 2023**, and Defendant Mecham to file any reply no later than **July 14, 2023**.

IT IS SO ORDERED.

Dated: May 25, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE