THOMAS A. JOHNSON, #119203
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br><br>JAMES MECHAM, et al.<br><br>　　　　　Defendants | ) Case No.: 2:22-cr-00161-JAM<br>)<br>) REQUEST TO WITHDRAW MOTION<br>) TO STRIKE LIS PENDENS (DOCKET<br>) #33) AND [PROPOSED] ORDER<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## I.      STATEMENT OF FACTS

　　　Defendant James Mecham was indicted on July 28, 2022. Subsequently, a lis pendens was filed against four separate residential properties. On April 28, 2023, the Defendant filed a Motion to Strike Lis Pendens. That matter is set to be heard on July 25, 2023. Subsequent to the filing of the Motion to Strike Lis Pendens, the Defense has learned additional information through further discovery review and meetings with the United States Assistant Attorney.

　　　It is the Defense's request that the Motion to Strike Lis Pendens be withdrawn. The Defense moves to withdraw the Motion to Strike Lis Pendens (Docket #33).

DATE:  June 13, 2023

　　　　　　　　　　　　　　　　 /s/ Thomas A. Johnson
　　　　　　　　　　　　　　　　THOMAS A. JOHNSON
　　　　　　　　　　　　　　　　Attorney for James Mecham

REQUEST TO WITHDRAW MOTION TO STRIKE LIS PENDENS (DOCKET #33)
AND [PROPOSED] ORDER - 1 -

1

2                                    **<u>ORDER</u>**

3          **IT IS SO ORDERED.**

4

5

6   Dated:

7                                    _____

8                                    The Honorable John A. Mendez
                                     United States Magistrate Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REQUEST TO WITHDRAW MOTION TO STRIKE LIS PENDENS (DOCKET #33)

AND [PROPOSED] ORDER - 2 -