Malcolm Segal (SBN 075481)
**SEGAL & ASSOCIATES, PC**
500 Capitol Mall, Suite 600
Sacramento, CA  95814
Telephone: (916) 441-0886
Facsimile: (916) 475-1231
msegal@segal-pc.com

Attorneys for Defendant
KURT STOCKS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>v.<br><br>JAMES MECHAM, KURT STOCKS, and HEIDI EDWARDS,<br><br>　　　Defendants. | Case No: 2:22-cr-00161-JAM<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME; ORDER**<br><br>Date:　February 13, 2024<br>Time:　9:00 a.m.<br>Judge:　Hon. John A. Mendez |

　　　IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip A. Talbert, through Assistant United States Attorney Heiko Coppola, counsel for Plaintiff; Thomas A. Johnson, counsel of record for Defendant James Mecham; Malcolm Segal, counsel of record for Defendant Kurt Stocks; and Federal Defender Heather Williams, through Assistant Federal Defender Christina Sinha, counsel for Defendant Heidi Edwards, that the status conference currently set for February 13, 2024, can be **CONTINUED** to **June 25, 2024, at 9:00 a.m.**, and that time may be excluded as detailed below.

The above-named parties specifically stipulate as follows:

1. By previous order, the status conference as to all defendants in this matter was continued to February 13, 2024. ECF No. 47.

2. With the instant stipulation, all parties now seek to continue the status conference to June 25, 2024, and to exclude time under Local Code T-4 February 13, 2024 through June 25, 2024.

3. The legal framework in this case is very complex; defense counsel for all defendants represents that they require additional time to conduct legal research in this case, which involves the interplay of federal law, California law, and Arizona law; conduct defense investigations; research defenses; explore potential resolutions; and otherwise prepare for trial. Counsel believes that failure to grant the requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

4. The government does not object to the continuance.

5. Therefore, the parties stipulate that the ends of justice served by granting the continuance outweighs the best interest of the public and all defendants in a speedy trial, and respectfully request the Court so to find. For the purpose of computing time under 18 U.S.C. § 3161 et seq. (the Speedy Trial Act), the parties request that the time period between February 13, 2024 and June 25, 2024 (inclusive) be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and all defendants in a speedy trial.

The parties therefore respectfully request this Court to adopt the parties' stipulation, detailed above, in full as its Order.

/ / /

/ / /

Dated:  February 5, 2024.                Respectfully submitted,

**SEGAL & ASSOCIATES, PC**

By:  /s/ Malcolm Segal
MALCOLM SEGAL
Attorneys for Defendant
KURT STOCKS

Dated: February 5, 2024.                **LAW OFFICES OF THOMAS A. JOHNSON**

By:  /s/ Thomas A. Johnson
THOMAS A. JOHNSON
Attorneys for Defendant
JAMES MECHAM

Dated: February 5, 2024.                **HEATHER WILLIAMS**
Federal Defender

By:  /s/ Christina Sinha
CHRISTINA SINHA
Attorneys for Defendant
HEIDI EDWARDS

Dated: February 5, 2024.                **PHILLIP A. TALBERT**
United States Attorney

By:  /s/ Heiko Coppola
HEIKO COPPOLA
Assistant United States Attorney
Attorneys for Plaintiff

**ORDER**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, **ADOPTS** the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

DATED: February 06, 2024        /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                SENIOR UNITED STATES DISTRICT JUDGE