THOMAS A. JOHNSON, #119203
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022
Email: taj@tomjohnsonlaw.com

Attorney for JAMES MECHAM

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JAMES MECHAM, KURT STOCKS, and HEIDI EDWARDS,<br><br>　　　　Defendants | Case No.: 2:22-cr-00161-JAM<br><br>**STIPULATION AND ORDER TO SET TRIAL CONFIRMATION HEARING, JURY TRIAL, AND EXCLUDE TIME**<br><br>Date:　November 19, 2024<br>Time:　9:00 a.m.<br>Judge:　Hon. Judge John A. Mendez |

### STIPULATION

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney HEIKO COPPOLA, and defendant JAMES MECHAM, both individually and by and through his counsel of record, Thomas A. Johnson, defendant KURT STOCKS, both individually and by and through his counsel of record, Malcolm S. Segal, and defendant HEIDI EDWARDS, both individually and by and through her counsel of record, Christina Sinha, hereby stipulate as follows:

1. By previous order, the status conference as to all defendants in this matter was continued to November 19, 2024. Time was previously excluded by the Court up to and including November 19, 2024.

2. The parties request that the Court set this matter for jury trial on July 28, 2025. This date was selected based upon the consideration of the trial schedules of all counsel and the complexity of the case. The defendants also seek to exclude time under Local Code T-4 from November 19, 2024, to July 28, 2025, to prepare for trial. The discovery in this case is voluminous and consists of approximately 51,000 pages. It involves the investigation of twenty separate entities in an alleged money laundering scheme. It includes the seizure of over 17 separate bank accounts at 12 separate financial institutions. It involves the tracing of funds through 17 financial institutions over a period of 7 years. In U.S. District Court Case No. 2:18-mc-00013-WBS-AC are related civil forfeiture allegations involving 6 accounts with currency and 3 pieces of physical property. There are Lis Pendens (ECF No. 36-40) on five separate pieces of real property. There is property located both in California and Arizona. All of this discovery has been either produced directly to counsel, and/or made available for inspection and copying. Counsel for the defendants' desire additional time to review the voluminous discovery, conduct further investigation, consult with their clients and to otherwise prepare for trial.

3. Counsel for the defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective trial preparation, taking into account the exercise of due diligence.

4. The government does not object to this request.

5. The parties will set a Rule 12 motion schedule as needed after further discussion and consultation with the courtroom deputy, but at least 30 days prior to the Trial Confirmation Hearing.

6. Therefore, the parties stipulate that the ends of justice served by granting the continuance outweighs the best interest of the public and all defendants in a speedy trial, and respectfully request the Court so to find. For the purpose of computing time under 18 U.S.C. § 3161 et seq. (the Speedy Trial Act), the parties request that the time period between November 19, 2024, and July 28, 2025 (inclusive) be

deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and all defendants in a speedy trial.

7. The parties therefore respectfully request this Court to adopt the parties' stipulation, detailed above, in full as its Order.

**IT IS SO STIPULATED.**

DATED: November 14, 2024            PHILLIP A. TALBERT
                                    United States Attorney

                                    /s/ Heiko Coppola
                                    HEIKO COPPOLA
                                    Assistant U.S. Attorney

DATE: November 14, 2024

                                    /s/ Thomas A. Johnson
                                    THOMAS A. JOHNSON
                                    Attorney for James Mecham

DATE: November 14, 2024

                                    /s/ Malcolm S. Segal
                                    MALCOLM S. SEGAL
                                    Attorney for Kurt Stocks

DATE: November 14, 2024

                                    /s/ Christina Sinha
                                    CHRISTINA SINHA
                                    Attorney for Heidi Edwards

# ORDER

Based on the stipulation of the parties and good cause appearing, the November 19, 2024 status conference is **VACATED**. A **trial confirmation hearing** is **SET** for **Tuesday, June 03, 2025**, and a **jury trial** is **SET** to commence on **Monday, July 28, 2025**, both at **09:00 a.m.**, in Courtroom 6, on the 14th floor of the Robert T. Matsui Federal Courthouse, before Senior District Judge John A. Mendez.

Time is **EXCLUDED** through and including July 28, 2025, as described in the parties' Stipulation.

IT IS SO ORDERED.

Dated: November 15, 2024         /s/ John A. Mendez
                                 _____
                                 THE HONORABLE JOHN A. MENDEZ
                                 SENIOR UNITED STATES DISTRICT JUDGE