THOMAS A. JOHNSON, #119203
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   vs.<br><br>JAMES MECHAM, KURT STOCKS, and HEIDI EDWARDS.<br><br>   Defendants | Case No.: 2:22-cr-00161-JAM<br><br>**FIRST STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING** |

### STIPULATION

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for October 21, 2025, is **continued to December 09, 2025, at 9:00 a.m.**, in in Courtroom 6, before Senior District Judge John A. Mendez. Defense counsel needs additional time to prepare for sentencing. Heiko Coppola, Assistant United States Attorney, and Thomas A. Johnson, attorney for Defendant James Mecham, Malcolm S. Segal, attorney for Defendant Kurt Stocks, and Timothy E. Warriner, attorney for Heidi Edwards, agree to this continuance. The assigned probation officer is available on the newly requested date. The PSR schedule is to be **amended** as follows:

Judgment and Sentencing date:                                December 09, 2025

Reply or Statement                                           **December 02, 2025**

| | |
|---|---|
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | **November 25, 2025** |
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | **November 18, 2025** |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | **November 11, 2025** |
| The proposed Pre-Sentence Report shall be disclosed to counsel no later than: | **October 28, 2025** |

**IT IS SO STIPULATED.**

DATED: September 10, 2025		ERIC GRANT
					Acting United States Attorney

					/s/ Heiko P. Coppola
					Heiko P. Coppola
					Assistant U.S. Attorney


DATE: September 10, 2025		**LAW OFFICE OF THOMAS A. JOHNSON**

					/s/ Thomas A. Johnson
					THOMAS A. JOHNSON
					Attorney for James Mecham

DATE: September 10, 2025		**SEGAL AND ASSOCIATES, PC**

					/s/ Malcolm S. Segal
					MALCOLM S. SEGAL

Attorney for Kurt Stocks

DATE: September 10, 2025

**LAW OFFICE OF TIM WARRINER**

 /s/ Timothy E. Warriner
TIMOTHY E. WARRINER
Attorney for Heidi Edwards

## ORDER

IT IS SO ORDERED:

September 12, 2025

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER    - 3 -