ERIC GRANT
United States Attorney
HEIKO P. COPPOLA
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:22-cr-00161-JAM |
|---|---|
| Plaintiff, | |
| v. | **PRELIMINARY ORDER OF FORFEITURE** |
| JAMES MECHAM, KURT STOCKS, and HEIDI EDWARDS, | |
| Defendants. | |

Based upon the plea agreements entered into between plaintiff United States of America and defendants James Mecham, Kurt Stocks, and Heidi Edwards, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 981(a)(1)(C), 18 U.S.C. § 1955(d), and 28 U.S.C. § 2461(c), defendants James Mecham, Kurt Stocks, and Heidi Edwards' interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a. Approximately $5,713.82 seized from Bank of America Account Number 1641 0242 5652,
   b. Approximately $23,077.78 seized from First Citizens Bank Account Number 001064426523,
   c. Approximately $22,852.67 seized from 1st Bank, A Division of Glacier Bank, Account Number 910600008915,
   d. Approximately $21,492.09 seized from Wyochem Federal Credit Union Account Number 37648 (S9),
   e. Approximately $12,397.47 seized from High Desert Bank Account Number

      4042002813,
- f. Approximately $8,209.08 seized from High Desert Bank Account Number 4042002826,
- g. Approximately $3,213.75 seized from Safe Credit Union Account Number 822910 (9),
- h. Approximately $6,798.26 seized from El Dorado Savings Bank Account Number 0053012902,
- i. 2016 Ford, F150 Super Cab Pickup, VIN: 1FTFX1EGXGKG04896,
- j. Real property located at 2489 Highland Hills Drive, El Dorado Hills, California, El Dorado County, APN: 126-190-027-000,
- k. Real property located at 8600 E Jasper Street, Gold Canyon, Arizona, Pinal County, APN: 104-95-006,
- l. Approximately $4,436.39 seized from Bank of America Account Number 5010 1940 4044,
- m. Approximately $6,350.56 seized from Patelco Credit Union Account Number 473661,
- n. Approximately $7,717.13 seized from Umpqua Bank Account Number 4863921948,
- o. Approximately $10,857.37 seized from Tri Counties Bank Account Number 491039991,
- p. 2015 Mercedes-Benz, ML350, VIN: 4JGDA5HB9FA479275,
- q. 2017 Ford, F250 Super Duty Pickup, VIN: 1FT7X2BT6HEB22700,
- r. Approximately $100,000.00, representing the substitute *res* for forfeiture purposes, funds which will be forfeited in lieu of forfeiting real property located at 6282 El Dorado Street, El Dorado Hills, California, El Dorado County, APN: 331-191-065-000,
- s. Approximately $117,151.48 seized from Bank of America Account Number 5010 1714 7633,
- t. Approximately $43,882.17 seized from Bank of America Account Number 5010 0170 0675,
- u. Approximately $4,436.39 seized from Bank of America Account Number 5010 1940 4044,
- v. Approximately $60,328.73 seized from Uniwyo Federal Credit Union Account Number 61324, and
- w. Approximately $29,438.90 seized from Mechanics Bank Account Number 42073421.

2. The above-listed property constitutes property derived from proceeds traceable to and used in the commission of violations of 18 U.S.C. § 1955.

3. Pursuant to Rule 32.2(b)(3), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Internal Revenue Service, in its secure custody and control.

4. a. Pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government

forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

   b.  This notice shall state that any person, other than the defendants, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from the receipt of direct written notice, whichever is earlier.

  5.  If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C), 18 U.S.C. § 1955(d), and 28 U.S.C. § 2461(c), in which all interests will be addressed.

  SO ORDERED.

Dated: October 02, 2025

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE