THOMAS A. JOHNSON, #119203
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES MECHAM, KURT STOCKS, and HEIDI EDWARDS,<br><br>Defendants. | Case No.: 2:22-cr-00161-JAM<br><br>**SECOND STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING** |

## STIPULATION

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for December 9, 2025, is continued to **March 10, 2026, at 9:00 a.m.**, in Courtroom 6. Assistant US Attorney, Heiko Coppola, is in a jury trial from December 3rd-12th. The case is being tried in Fresno. The assigned probation officer is available on the newly requested date. The PSR schedule is to be amended as follows:

| | |
|---|---|
| Judgment and Sentencing date: | March 10, 2026, at 9:00 a.m. |
| Reply or Statement and Sentencing Briefs | **March 03, 2026** |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | **February 24, 2026** |

**IT IS SO STIPULATED.**

DATED: November 25, 2025            ERIC GRANT
                                    United States Attorney

                                     /s/ Heiko Coppola
                                    HEIKO COPPOLA
                                    Assistant U.S. Attorney


DATE: November 25, 2025

                                     /s/ Thomas A. Johnson
                                    THOMAS A. JOHNSON
                                    Attorney for James Mecham


DATE: November 25, 2025

                                     /s/ Malcolm S. Segal
                                    MALCOLM S. SEGAL
                                    Attorney for Kurt Stocks


DATE: November 25, 2025

                                     /s/ Timothy E. Warriner
                                    TIMOTHY E. WARRINER
                                    Attorney for Heidi Edwards


## ORDER

    **IT IS SO ORDERED.**


    Dated: November 25, 2025


                                    JOHN A. MENDEZ,
                                    SENIOR UNITED STATES DISTRICT JUDGE