THOMAS A. JOHNSON, #119203
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 442-4022
Email: taj@tomjohnsonlaw.com

Attorney for JAMES MECHAM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | Case No.: 2:22-cr-00161-JAM-1 |
| Plaintiff, | ) ) ) | STIPULATION AND [PROPOSED] ORDER FOR RETURN OF U.S. PASSPORT |
| vs. | ) ) | RECEIVED AS COLLATERAL |
| JAMES MECHAM, | ) ) | |
| Defendant. | ) ) | |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Clerk of the District Court is to release James Mecham's passport to his attorney, Thomas A. Johnson, or to the defendant himself.  Assistant United States Attorney, Heiko P. Coppola, and attorney for James Mecham, Thomas A. Johnson, agree to this stipulation.

**IT IS SO STIPULATED.**

DATED: April 7, 2026                          DATED: April 7, 2026

                                             ERIC GRANT
                                             United States Attorney


 /s/  Thomas A. Johnson                        /s/ Heiko P. Coppola
THOMAS A. JOHNSON                            HEIKO P. COPPOLA
Attorney for James Mecham                    Assistant U.S. Attorney

1

**ORDER**

**IT IS SO ORDERED.**

Dated: April 7, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE